# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ATTACHMENT 1

Kelly Lee Annable

V

Continental Airlines

CIVIL ACTION

NO. 10-12088-WGY

1. The plaintiff is a resident of Quincy, Massachusetts and a citizen of the United States.
2. The defendant Continental Airlines is a resident of Houston, Texas and a United States company.
3. This court has jurisdiction over this matter.
4. In February of 2008, and again in April of 2008, I received torn open paychecks from Continental Airlines (my former employer) that were sent to my home by Fed Ex from the Boston station. While on an unpaid medical leave and then after I resigned due to intolerable conditions in April of 2008.

I reported these incidences to the Corporate Office of Continental Airlines in Houston, Texas to Rich Fulmore by email. He sent me an email indicating that they have this practice of opening paychecks and it is not uncommon. Mr. Fulmore further went on to say that to verify amounts, make copies, etc...I feel any company can look at the ledger and find the information they need and not to tamper with an employee's paycheck. (attached email). I find this to be illegal, and against the law, and tampering with US Mail. From this I resigned due to these intolerable conditions and felt this was retaliation from me going to the MCAD for sex discrimination against Continental Airlines. My attorney that was dealing with my sex discrimination against Continental Airlines, informed me that this was a different type of case. I also reported this incident to the MCAD in 2008. My case with the MCAD was finally resolved in May of 2010. My former attorney advised me to wait until my pending case was over for me to proceed with this case of tampering with my paychecks. This is the reason for the delay in this complaint.

I have experienced more emotional distress from the opening of my paychecks, and resigned due to these intolerable conditions. I also have doctor and therapist's letters indicating the added emotional distress this has caused me due to my paychecks being torn open by the corporate office of Continental Airlines.

I am seeking to be compensated in a monetary sense by Continental Airlines from the further emotional stress they have caused me by tampering with my paychecks in which is against the law.

Signature _Kelly Annable_
Name                KELLY ANNABLE
                    59 Presidential Drive #5
                    Quincy, MA 02169
Telephone #         617-365-3185